# IN THE SUPREME COURT OF THE STATE OF NEVADA

ADAM MONTRELL GOBER,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent,
  and
THE STATE OF NEVADA,
Real Party in Interest.

No. 81694

FILED

SEP 16 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

## *ORDER DENYING PETITION FOR A WRIT OF MANDAMUS*

In this original pro se petition for a writ of mandamus, petitioner seeks a writ directing the district court to rule on his petition for a writ of habeas corpus.

Problematically, petitioner has not provided this court with exhibits or other documentation that would support his claims for relief. *See* NRAP 21(a)(4) (providing the petitioner shall submit an appendix containing all documents "essential to understand the matters set forth in the petition"). Therefore, without deciding the merits of the claims raised, we decline to exercise our original jurisdiction in this matter, *see* NRAP 21(b); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) ("Petitioner[ ] carr[ies] the burden of demonstrating that extraordinary relief is warranted.").

Moreover, we are confident that the district court will resolve all pending matters as expeditiously as its calendar permits. *See* NRS 34.740. Accordingly, we

ORDER the petition DENIED.

_____ Pickering , C.J.
Pickering

_____ , J.
Hardesty

_____ Silver , J.
Silver

cc: Adam Montrell Gober
    Attorney General/Carson City
    Clark County District Attorney
    Eighth District Court Clerk